UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Deloris & Sammy Mays, | Civil No. 06-2924 JRT/FLN |
| Plaintiffs, | |
| v. | ORDER |
| Inna Levi, | |
| Defendant. | |

---

Delores and Sammy Mays, 1407 Oliver Avenue North, Minneapolis, Minnesota 55411, plaintiffs *pro-se*.

No appearance on behalf of defendant.

Based upon the Report and Recommendation (Docket No. 4) by United States Magistrate Judge Franklin L. Noel dated July 7, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' application to proceed without prepayment of fees [#2] is DENIED; and

2. This action is DISMISSED for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(h)(3).

DATED: August 7, 2006                     s/John R. Tunheim_____
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                                                   United States District Judge